FILED

AO 91 (Rev. 02/09) Criminal Complaint

SEP 23 2015

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                          DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Antonio CARDONA-Garcia | ) | Case No. P-15-M-1094 (BDG) |
| Rosalinda ORONA | ) | |
| Amanda SOTO | ) | |
| Defendant | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __09/22/2015__ in the county of __Reeves__ in the __Western__ District of __Texas__, the defendant violated __8__ U. S. C. § __1324__, an offense described as follows:

defendant(s) did knowingly and in reckless disregard of the fact that an alien had come to, entered or remained in the United States in violation of law, did transport or attempt to transport Francisco VERA-Cruz, Jose MARTINEZ-Diaz and others to the United States in furtherance of such violation of law; in violation of Title 8 United States Code Section 1324.

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Brandon J. Spaeth, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: __9/23/15__

_____
Judge's signature

City and state: __Alpine, Texas__

B. Dwight Goains, U.S. Magistrate Judge
Printed name and title

AFFIDAVIT

On September 22, 2015, the Fort Stockton Border Patrol Station was notified by Reeves County Sheriff's Office that they had an alien smuggling load at the Reeves County Jail. A K-9 Deputy Sheriff stopped a 2011 Chevrolet Suburban bearing Texas plates DWW5567 for a traffic violation at approximately 4:00 a.m., on mile marker 33 Interstate 20, near Toyah, Texas. The K-9 Deputy Sheriff stated that the vehicle crossed the outside the white line, he proceeded to run the registration, and subsequently discovered the registration was expired. The K-9 Deputy Sheriff then performed a traffic stop on the vehicle and discovered that the driver, Amanda SOTO, and the passenger, Rosalinda ORONA, were from Post, Texas. All the subjects in the vehicle were transported to the Reeves County Jail, and detained until Border Patrol Agents arrived.

When agents arrived at the county jail they interviewed all subjects. It was learned that all subjects, except for ORONA and SOTO, were citizens of Mexico and were in the country illegally. Fort Stockton Border Patrol agents transported all of the undocumented aliens (UDAs) to the Fort Stockton Border Patrol Station, in Fort Stockton, TX. Homeland Security Investigations was notified and responded to interview.

Rosalinda ORONA was advised of her Miranda rights and agreed to be interviewed without an attorney present. ORONA acknowledged in writing she understood and voluntarily waived her rights.

ORONA stated she was contacted by Ruben GONZALEZ on September 22, 2015. ORONA stated GONZALEZ was an alien smuggler who resided in Aguascalientes, Mexico. ORONA stated GONZALEZ wanted her to drive over from Post, TX to pick up UDAs, who would be waiting at mile marker 119 off of Interstate 10, in-between Van Horn, TX and Sierra Blanca, TX. ORONA further stated she would be paid $700 for each UDA she picked up during the smuggling venture. ORONA stated she was to take the UDAs to Post, TX. ORONA stated once they arrived in Post, TX, the UDAs would then be met by an individual named "Humberto," last name unknown, who would then transport the UDAs to Dallas and parts of Oklahoma.

Amanda SOTO was advised of her Miranda rights and agreed to be interviewed without an attorney present. SOTO acknowledged in writing she understood and voluntarily waived her rights.

SOTO stated she was contacted by ORONA and asked if she wanted to go on the smuggling venture. SOTO stated she would be paid $200 by ORONA to drive the vehicle. SOTO stated they left Post, TX at approximately 6:00 pm on September 21, 2015. SOTO stated after they picked up the UDAs, they were to return to Post, TX.

Francisco Javier VERA-Cruz was advised of his Miranda rights and agreed to be interviewed without an attorney present. VERA acknowledged in writing he understood and voluntarily waived his rights.

VERA stated he left Aguascalientes on September 17, 2015 by bus, en route to Ciudad Juarez, Mexico. VERA stated he and the other UDAs crossed the river near Porvenir and walked for four days. VERA stated each of the UDAs were to pay ORONA $700. VERA further stated ORONA knew how many UDAs needed to be picked up. VERA also positively identified

Antonio CARDONA-Garcia from a photo lineup, as the guide for the alien smuggling venture. VERA stated he was to pay CARDONA $2000 once he got to Dallas.

CARDONA was advised of his Miranda rights and agreed to be interviewed without an attorney present. CARDONA acknowledged in writing he understood and voluntarily waived his rights.

CARDONA confessed to being the foot guide for the alien smuggling venture from Porvenir, Mexico to Interstate 10, mile marker 119. CARDONA further stated he was to pay ORONA $700 for each UDA she picked up, upon successful completion of the smuggling venture.

AUSA Jay Miller of Alpine, TX was advised of the facts of this case and authorized federal prosecution of CARDONA, ORONA and SOTO for 8 USC 1324 –Alien Smuggling.