UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | Case Number:  PE:15-M -01094(3) |
| (3) Amanda Soto | § | |

ORDER SETTING PRELIMINARY / DETENTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for PRELIMINARY / DETENTION HEARING on **September 28, 2015   at 9:30 AM in the Magistrate Courtroom, 2450 State Highway 118, Alpine, Texas.**

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **23rd day of September, 2015.**

_____
**B. DWIGHT GOAINS**
U.S. MAGISTRATE JUDGE