IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

FILED
SEP 28 2015
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES OF AMERICA §
§
v. §          No. P:15-mj-1094
§
Amanda Soto §

## WAIVER OF PRELIMINARY HEARING AND/OR DETENTION HEARING
(Rule 5 or 32.1, Fed.R.Crim.P.)

**Preliminary Hearing**

I, _Amanda Soto_, charged in a complaint pending in this District, and having appeared before this court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed.R.Crim.P., including my right to have a preliminary hearing, do hereby waive(give up) my right to a preliminary hearing.

Yo, _____, el inculpado en una acusación pendiente en este distrito, he comparecido ante este tribunal y me han informado de mi derecho a una audiencia preliminar, cumpliéndose con el reglamento 5 or 32.1 de los Reglamentos de Procedimiento Penal Federal, por este medio renuncio(abandono) mi derecho a una audiencia preliminar.

X_Amanda Soto_
DEFENDANT

**Detention Hearing**

I have also been advised of my right to a detention hearing. I have been advised that, at a detention hearing, the court will hear evidence to determine whether I should be held in jail without bond or whether a bond should be set for me. I have been advised that, if I waive(give up) my right to a detention hearing, I will be held in jail without bond while I wait for my trial. I hereby waive(give up) my right to have a detention hearing.

También me han informado de mi derecho a una audiencia para fijar fianza. Me han informado que en la audiencia para fijar fianza, el juez recibirá pruebas para poder determinar si seguiré detenido sin fianza, o si me fijarán fianza. Me han informado que si renuncio(abandono) mi derecho a una audiencia para fijar fianza, seguiré detenido sin fianza hasta que se me someta a juicio. Renuncio(abandono) mi derecho a una audiencia para fijar fianza.

X_Amanda Soto_
DEFENDANT

_Elaine Mustard_
COUNSEL FOR DEFENDANT

_09-24-2015_
DATE