UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

FILED
OCT - 8 2015
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. P-15-CR- **P15CR 425** |
| Plaintiff, | ) **I N D I C T M E N T** |
| | ) [Vio: 8 USC 1324(a)(1)(A)(ii), |
| V. | ) Transport of illegal aliens] |
| ANTONIO CARDONA-GARCIA, ROSALINDA ORONA, AMANDA SOTO, | ) |
| Defendants. | ) |

**The Grand Jury Charges:**

<u>Count One</u>
[8 U.S.C. § 1324(a)(1)(A)(ii) & (v)(II)]

On or about September 22, 2015, in the Western District of Texas, Defendants,

ANTONIO CARDONA-GARCIA,
ROSALINDA ORONA,
AMANDA SOTO,

in reckless disregard of the fact that an alien, Francisco Vera-Cruz, had come to, entered, or remained in the United States in violation of law, did transport or move, or attempt to transport or move said alien, by means of transportation or otherwise, in furtherance of such violation of law.

2. The Defendant and others did aid and abet one another in said violation of law.

3. The offense was committed for the purpose of commercial advantage and private financial gain.

A violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and Title 18, United States Code, Section 2.

**Count Two**
[8 U.S.C. § 1324(a)(1)(A)(ii) & (v)(II)]

On or about September 22, 2015, in the Western District of Texas, Defendants,

> ANTONIO CARDONA-GARCIA,
> ROSALINDA ORONA,
> AMANDA SOTO,

in reckless disregard of the fact that an alien, Jose Martinez-Diaz, had come to, entered, or remained in the United States in violation of law, did transport or move, or attempt to transport or move said alien, by means of transportation or otherwise, in furtherance of such violation of law.

2. The Defendant and others did aid and abet one another in said violation of law.

3. The offense was committed for the purpose of commercial advantage and private financial gain.

A violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and Title 18, United States Code, Section 2.

**A True Bill.**

_____
Foreperson

Richard L. Durbin, Jr.
United States Attorney

James J. Miller, Jr.
Assistant United States Attorney