# United States District Court
## Western District of Texas
### Pecos Division

The United States of America §
§
vs §
§ Cause Number: 4:15-CT-00425
§

Amanda Soto

## WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY

NOW COMES Defendant in the above-referenced case who, along with his undersigned attorney, hereby acknowledges the following:

1) Defendant has received a copy of the Indictment, Information or Complaint in this case. Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto, and his Constitutional rights, after being advised of the above by his attorney.

2) Defendant understands he has the right to appear personally with his attorney before a Judge for Arraignment in open Court on this accusation. Defendant further understands that, absent the present waiver, he will be so arraigned in open Court.

Defendant having conferred with his attorney in this regard, hereby waives personal appearance with his attorney at the arraignment of this case with the reading of the Indictment or Information, and by this instrument, tenders his/her plea of "not guilty." The defendant understands that entry by the Court of said plea for defendant will conclude the arraignment in this case for all purposes.

I UNDERSTAND ALL MOTIONS MUST BE FILED IN WRITING, WITH A BRIEF IN SUPPORT, WITHIN TEN (10) DAYS OF THE DATE OF ARRAIGNMENT OR THE DATE OF THE FILING OF THE WAIVER OF ARRAIGNMENT, WHICHEVER OCCURS FIRST.

Date: 09-24-2015

_Amanda Soto_
Defendant

Elaine L. Mustard
Name of Attorney for Defendant

_Elaine Mustard_
Signature of Attorney for Defendant

Telephone: (432) 729-1825

Address: P.O. Box 338, Marfa, TX 79843

## ORDER

APPROVED BY THE COURT. A plea of "NOT GUILTY" is entered for the Defendant effective this date.

Date: _____

_____
District Judge/Magistrate Judge

** ALL WAIVERS MUST BE FILED IN THE CLERK'S OFFICE NO LATER THAN 9:00 AM OF THE SCHEDULED DATE OF ARRAIGNMENT