UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO:  PE:15-CR-00425(2,3)-RAJ |
| | § | |
| (2) Rosalinda Orona | § | |
| (3) Amanda Soto | § | |

**SCHEDULING  ORDER**

    **IT IS HEREBY ORDERED** that **DOCKET CALL** is set for **November 16, 2015 at 2:00 p.m.** in the UNITED STATES DISTRICT COURTHOUSE, **COURTROOM No. 2, located at 410 S. CEDAR ST., PECOS, TEXAS** before **U. S. MAGISTRATE JUDGE B. DWIGHT GOAINS.**

    **ANY AND ALL MOTIONS**, to include motions for continuance, **must be filed by November 16, 2015.**

    **JURY SELECTION and TRIAL** are set for **December 08, 2015** at **8:30 a.m.** in the **UNITED STATES DISTRICT COURTHOUSE, COURTROOM No. 1,** located at 410 S. CEDAR ST., PECOS, TEXAS before **U.S. DISTRICT JUDGE ROBERT JUNELL**.  Counsel and defendant, if on bond, must be present.  Counsel for the defendant will notify the defendant of this setting.

    **ALL PLEAS**  must be entered on or before **November 30, 2015**.  No pleas will be accepted after **that date** and the case will be scheduled for trial.  See United States v. Ellis, 547 F.2d 863 (5th Cir.1977). Counsel for the defendants may contact **Yvette Lujan at yvette_lujan@txwd.uscourts.gov** to schedule such matters.  Attorneys must notify the Court of the need for an interpreter in any court proceedings for their clients.

    **IT IS FURTHER ORDERED** that the Clerk of the Court will send a copy of this Order to counsel for defendant,  U. S. Attorney, U.S. Pretrial Services, U.S. Probation, and U.S. Marshal.

    **IT IS SO ORDERED** this **13th day of October, 2015.**

_____
ROBERT JUNELL
SENIOR U. S. DISTRICT JUDGE