UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § § | NO: PE:15-CR-00425(3)-RAJ |
| (3) Amanda Soto | § | |

## ORDER SETTING PLEA

IT IS HEREBY ORDERED that the above entitled and numbered case is set for a **PLEA** in Courtroom 2, 410 S. Cedar Street, Pecos, Texas on **Thursday, October 15, 2015** at **1:30 PM**.

The Court finds that the interests of justice outweigh the interests of Defendant and the public in a speedy trial, in that more time is needed by Defendant for preparation of the defense in this case, and that the time **from October 14, 2015 through October 15, 2015** is excludable time within the meaning of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for the defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office.  Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 14th day of October, 2015.

_____
**B. DWIGHT GOAINS**
**U.S. MAGISTRATE JUDGE**