FILED
OCT 15 2015
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | § § | |
| Plaintiff. | § § | |
| vs. | § § | CASE NO: P-15-CR-425(3) |
| AMANDA SOTO, | § § | |
| Defendant. | § § | |

## CONSENT TO ADMINISTRATION OF GUILTY PLEA
## FED.R.CRIM.P. 11 ALLOCUTION
## BY UNITED STATES MAGISTRATE JUDGE

I, AMANDA SOTO, the Defendant in this cause, with the advice and counsel of my attorney, hereby agree and consent to be advised of my rights and enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that my guilty plea is subject to approval and final acceptance by a United States District Judge and that sentencing will be conducted by a United States District Judge.

Signed this 14th day of October, 2015.

X Amanda Soto
AMANDA SOTO
Defendant

Elaine Mustard
ELAINE MUSTARD
Defense Counsel

O. Stewart
JAMES J. MILLER, JR.
Assistant United States Attorney