UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

FILED
OCT 22 2015
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO. P-15-CR-425 |
| § | |
| ANTONIO CARDONA-GARCIA, § | |
| ROSALINDA ORONA § | |
| AMANDA SOTO, § | |
| § | |
| Defendants. § | |

### ORDER OF DISMISSAL

1. Francisco Vera-Cruz    2. Jose Martinez-Diaz

Are material witnesses for the prosecution at the trial of the above-named defendants who are charged with violation of certain immigration laws.

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Western District of Texas hereby dismisses the complaint/information against said material witnesses because they have been deposed.

RICHARD L. DURBIN, JR.
United States Attorney

JAMES J. MILLER, JR.
Assistant United States Attorney

LEAVE OF COURT IS GRANTED FOR THE FILING OF THE FOREGOING DISMISSAL.

Date: 10/22/2015

B. DWIGHT GOAINS
United States Magistrate Judge