UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| United States of America | § |
| | § |
| vs. | §   NO:  PE:15-CR-00425(3)-RAJ |
| | § |
| (3) Amanda Soto | § |

**ORDER TO TRANSFER**

    The above-named and numbered case is transferred from the docket of Senior U.S. District Judge Robert Junell to the docket of U.S. District Judge Robert Pitman, both judges having consented to the transfer.

    It is therefore ORDERED that the above-named and numbered case is hereby TRANSFERRED to the docket of U.S. District Judge Robert Pitman.  Pursuant to the Order Assigning the Business of the Court, the Clerk shall credit this case to the percentage of business of the receiving Judge.  All Orders shall remain in effect unless otherwise ordered by  Judge Pitman.

    IT IS SO ORDERED.

SIGNED THIS 23rd day of December, 2015.


_____
ROBERT JUNELL
SENIOR U. S. DISTRICT JUDGE