# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# PECOS DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | CRIMINAL NO: |
| vs. | § | PE:15-CR-00425(3)-RP |
| | § | |
| (3) Amanda Soto | § | |

## ORDER RESETTING SENTENCING IN ALPINE

      IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCING IN ALPINE** in Alpine Courtroom, 2450 State Hwy. 118, Alpine, TX, on **Tuesday, January 19, 2016 at 10:00 AM**. **(time change only)**

      IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

      IT IS SO ORDERED this 6th day of January, 2016.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE